MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Criminal Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408)-535-5065
    Fax: (408)-535-5066
    E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

**Filed**

APR 0 4 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ARMANDO GUTIERREZ, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 09-CR-00679-PSG <br><br> APPLICATION TO <br> DISMISS INFORMATION AND <br> [PROPOSED] ORDER |

    COMES NOW THE UNITED STATES OF AMERICA appearing through the undersigned Assistant United States Attorney and moves this Honorable Court for an order dismissing the Information in the above-captioned case. The facts supporting this request are as follows:

    An information charging the defendant with possession of an identification document with intent to defraud, in violation of Title 18, United States Code, section 1028(a)(4) (a misdemeanor), was filed in the above-captioned case on July 6, 2009. That case was not resolved with a plea to the Information, and so the charges were brought by way of an Indictment returned on September 23, 2009. The indictment was assigned a new case number, Case No. 09-CR-00929-JW, and under that

**APPLICATION TO DISMISS INFORMATION**

number the case proceeded to trial and the defendant was acquitted. The charges have now been resolved.

For the foregoing reasons, the United States respectfully moves for the dismissal of the above-referenced Information.

DATED: April 4, 2013

                                      Respectfully submitted,

                                      MELINDA HAAG
                                      United States Attorney

                                        /s/
                                      Thomas A. Colthurst
                                      Assistant United States Attorney

## [PROPOSED] ORDER

Upon application of the United States, and good cause having been shown therefor,

**IT IS HEREBY ORDERED** that the Information in the above-captioned case is **DISMISSED**.

DATE: 4/4/2013

                                      The Honorable ~~Paul S. Grewal~~
                                      United States Magistrate Judge
                                      Nathanael Cousins